UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARLA LYNETTE PAGE,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 07-CV-11022

HONORABLE AVERN COHN

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**AND**
**DENYING THE COMMISSIONER'S MOTION FOR SUMMARY JUDGMENT**
**AND**
**GRANTING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**
**AND**
**REMANDING MATTER FOR FURTHER ADMINISTRATIVE PROCEEDINGS**

I.

This is a social security case. Plaintiff Carla Lynette Page, proceeding pro se, appeals from the final determination of the Commissioner of Social Security (Commissioner), that she is not disabled and therefore not entitled to disability insurance benefits. The matter was referred to a magistrate judge for all pretrial proceedings. Plaintiff and the Commissioner filed cross motions for summary judgment. The magistrate judge issued a report and recommendation (MJRR) recommending that (1) the Commissioner's motion be denied, (2) plaintiff's motion be granted in part and (3) the matter remanded for further administrative proceedings.

## II.

Neither party has objected to the MJRR.  Accordingly, the findings and conclusions of the magistrate judge are adopted as the findings and conclusions of the Court.  The Commissioner's motion for summary judgment is DENIED.  Plaintiff's motion for summary judgment is GRANTED IN PART.  This matter is REMANDED for further administrative proceedings consistent with the MJRR.

SO ORDERED.

                                             s/Avern Cohn
                                             AVERN COHN
                                             UNITED STATES DISTRICT JUDGE

Dated:  February 21, 2008

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, February 21, 2008, by electronic and/or ordinary mail.

                                             s/Julie Owens
                                             Case Manager, (313) 234-5160